# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Citadel Watford City Disposal Partners, L.P., <u>et al.</u>,[1] | : | Case No. 15-11323 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., <u>et al.</u>, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Citadel Energy Partners, LLC, <u>et al.</u>, | : | Adv. Proc. No. 17-50024 (KJC) |
| Law Offices of Louis E. Bridges, LLC, | : | Adv. Proc. No. 17-50648 (KJC) |
| Mark Dunaway, | : | Adv. Proc. No. 17-50651 (KJC) |
| Jonathon P. Reuben, C.P.A., | : | Adv. Proc. No. 17-50650 (KJC) |
| | : | |
| Defendants. | : | |

### <u>AMENDED</u>[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 31, 2017 AT 11:00 A.M. (ET)[3]

> **THE HEARING HAS BEEN CANCELLED AT THE COURT'S DIRECTION.**

**I.   <u>MATTERS GOING FORWARD</u>**

1. <u>Motion for Leave to Amend Complaint</u>:  Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., <u>et al.</u> v. Citadel Energy Partners, LLC, <u>et al.</u>, Adv. Proc. No. 17-50024 (KJC) [D.I. 116, filed on October 10, 2017]

    <u>Related Documents</u>:  N/A

    <u>Objection Deadline</u>:  October 24, 2017 at 4:00 p.m. (ET)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520).  The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

[2] **Amended agenda items appear in bold.**

[3] The hearing will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 N. Market St., Fifth Floor, Courtroom #5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact CourtCall, LLC at (866) 582-6878 prior to noon (Eastern time) on September 26, 2017 to register his or her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005 (revised April 27, 2009).

Objections/Responses Received: None.

Status: **The Court instructed that the certificate of no objection may be filed on October 27, 2017 and that the hearing is cancelled**.

2. Pretrial Conference: Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al. v. Law Offices of Louis E. Bridges, LLC, Adv. Proc. No. 17-50648 (KJC)

   Related Documents:

   A. Complaint [D.I. 1, filed on June 19, 2017]
   B. Summons and Notice of Pretrial Conference [D.I. 3, filed on September 15, 2017]
   C. Stipulation Extending Time for Defendant, Law Offices of Louis E. Bridges LLC, to Answer, Move or Otherwise Respond to Complaint [D.I. 5, filed on October 11, 2017]

   Objection Deadline: N/A

   Objections/Responses Received: N/A

   Status: **The hearing has been cancelled.**

3. Pretrial Conference: Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al. v. Mark Dunaway, LLC, Adv. Proc. No. 17-50651 (KJC)

   Related Documents:

   A. Complaint [D.I. 1, filed on June 19, 2017]
   B. Summons and Notice of Pretrial Conference [D.I. 3, filed on September 15, 2017]
   C. Answer and Affirmative Defenses to the Adversary Complaint [D.I. 4, filed on October 16, 2017]

   Objection Deadline: N/A

   Objections/Responses Received: N/A

   Status: **The hearing has been cancelled.**

4. Pretrial Conference: Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al. v. Jonathon P. Reuben, C.P.A., Adv. Proc. No. 17-50650 (KJC)

Related Documents:

A. Complaint [D.I. 1, filed on June 19, 2017]
B. Summons and Notice of Pretrial Conference [D.I. 3, filed on September 15, 2017]

Objection Deadline:  N/A

Objections/Responses Received:  N/A

Status:  **The hearing has been cancelled.**

| | |
|---|---|
| Dated:  October 27, 2017 | **SHAW FISHMAN GLANTZ & TOWBIN LLC** |
| | /s/ Thomas M. Horan |
| | Thomas M. Horan (DE Bar No. 4641) |
| | Johnna M. Darby (DE Bar No. 5153) |
| | 300 Delaware Ave., Suite 1370 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 691-3774 |
| | E-mail: thoran@shawfishman.com |
| | E-mail: jdarby@shawfishman.com |
| | |
| | -and- |
| | |
| | Allen J. Guon |
| | Allison Hudson |
| | 321 N. Clark St., Suite 800 |
| | Chicago, IL 60654 |
| | Telephone: (312) 541-0151 |
| | E-mail: aguon@shawfishman.com |
| | E-mail: ahudson@shawfishman.com |
| | |
| | *Counsel to Gavin/Solmonese LLC, Liquidation Trustee* |