# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| Citadel Watford City Disposal Partners, L.P., *et al.*,[1] | : | Case No. 15-11323 (KJC) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  |  |  |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., *et al.*, | : | **RE: D.I. 8** |
| Plaintiff, | : |  |
| v. | : |  |
| Mark Dunaway | : Adv. Pro. No. 17-50651-KJC |
| Defendant. | : |  |

**MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 105(A) AND 107(B), FED.R.BANKR.P. 9018, AND DEL. BANKR. L.R. 9018 AUTHORIZING DUNAWAY TO FILE OBJECTION TO THE MOTION FOR LEAVE TO AMEND UNDER SEAL**

Defendant Mark Dunaway, by his undersigned counsel, hereby files this motion (the "Motion") for an entry of an order (the "Order"), substantially in the form attached hereto as Exhibit A, (A) pursuant to Sections 105(a) and 107(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

Rules") authorizing Dunaway to file under seal his Objection to Motion for Leave to Amend Complaint (the "Motion to Amend")

## JURISDICTION

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. § 1408 and 1409.

3. The statutory bases for the relief requested herein are Sections 105(a) and 107(b) of the Bankruptcy Code.

## BACKGROUND

4. On December 1, 2017, the Liquidation Trustee filed a *Motion for Entry of an Order (A) Under 11 U.S.C. Sections 105(a) and 107(b), Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018 Authorizing the Liquidation Trustee to File Its Motion for Leave to File Amended Complaint Under Seal, and (B) for Relief from the Briefing Requirements Contained in Local Rule 7007-1* (the "Trustee Motion to Seal") [D.I. 7].

5. Contemporaneously with the Trustee Motion to Seal, the Liquidation Trustee filed its *Motion for Leave to Amend Complaint* (the "Motion to Amend") [D.I. 8].

6. Both the Trustee Motion to Seal and the Motion to Amend provided for an objection deadline of December 15, 2017.

7. Through the Trustee Motion to Seal, the Liquidation Trustee purports to be required to file the Motion to Amend and the Amended Complaint attached thereto under seal due to certain confidentiality provisions contained in the document that allegedly supports the

Liquidation Trustee's cause to amend the complaint against Dunaway and Bakken Water Depot, LLC.

### **RELIEF REQUESTED**

8. By this Motion, Dunaway seeks entry of an order authorizing Dunaway to file a redacted version of his objection (the "Objection") to the Motion to Amend.

9. It perhaps goes without saying that in order to respond fully to the Motion to Amend, Dunaway should be able to rely on, or reference, the same allegedly confidential documents as the Liquidation Trustee.

### **BASIS FOR RELIEF**

10. To the extent the Bankruptcy Court authorizes the Liquidation Trustee to file the Motion to Amend under seal, identical cause would exist as to Dunaway's Objection.

11. As the basis for Dunaway's filing under seal is identical, or at least reciprocal, to the bases set forth in the Trustee Motion to Seal, Dunaway incorporates the legal bases set forth by the Liquidation Trustee in the Trustee Motion to Seal as if set forth fully herein.

### **NOTICE**

12. Notice of this Motion will be given to the Liquidation Trustee. Dunaway submits that, under the circumstances, no other or further notice is required.

**CONCLUSION**

WHEREFORE, for the reasons set forth herein and in the Trustee Motion to Seal, Dunaway respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, authorizing the Dunaway to file under seal his *Objection to Motion for Leave to Amend Complaint* in the Dunaway Adversary Proceeding, and granting such other relief as may be just and proper.

| | |
|---|---|
| Dated: December 15, 2017<br>Wilmington, Delaware | COOCH AND TAYLOR, P.A.<br><br>　/s/ *R. Grant Dick IV*　<br>Robert W. Pedigo (DE No. 4047)<br>R. Grant Dick, IV (DE No. 5123)<br>The Brandywine Building<br>1000 West Street, 10th Floor<br>P.O. Box 1680<br>Wilmington, DE 19899-1680<br>Telephone: 302.984.3832<br>Facsimile: 302.984.3939<br>rpedigo@coochtaylor.com<br>gdick@coochtaylor.com<br><br>*Counsel for Defendant Mark Dunaway* |