UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CITADEL WATFORD CITY DISPOSAL PARTNERS, L.P., *et al.*,[1]<br><br>Debtors. | CHAPTER 11<br><br>Case No. 15-11323 (KJC)<br>(Jointly Administered) |
| GAVIN/SOLMONESE LLC, LIQUIDATION TRUSTEE for the CITADEL CREDITORS' GRANTOR TRUST, successor to Citadel Watford City Disposal Partners, L.P. *et al*<br><br>Plaintiff,<br><br>v.<br><br>Mark Dunaway,<br><br>Defendant. | Adv. Case No. 17-50651(KJC)<br>(D.I. 8) |

### ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT[2]

**AND NOW**, this ___ day of February, 2018, upon consideration of the Motion For Leave To Amend Complaint (D.I. 8) (the "Motion to Amend") filed by Gavin/Solomonesse LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust (the "Liquidation Trustee"), and

Upon consideration of the objection filed by Defendant Mark Dunaway (D.I. 10) and the Liquidation Trustee's reply thereto (D.I. 11); and

The Court having found the relief requested by the Liquidation Trustee is justified and authorized pursuant to Fed. R. Civ. P. 15, made applicable hereto pursuant to Fed. R. Bankr. P. 7015,

**IT IS HEREBY ORDERED** that:

---

[1] The chapter 11 cases of the following Debtors are jointly administered: Citadel Energy Services, LLC; Pembroke Fields, LLC; Citadel Energy SWD Holdings, LLC; and Citadel Watford City Disposal Partners, LP (the "Debtors").

[2] The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b) and §157(a). This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (F) and (H).

1. The Motion to Amend is **GRANTED**;
2. The Liquidation Trustee is granted leave to amend the Complaint in this adversary proceeding as requested in the Motion to Amend;
3. The Liquidation Trustee is granted leave to file and serve the amended Complaint within five (5) business days of the Court's entry of this Order;
4. The Liquidation Trustee is relieved from the briefing requirements contained in Local Rule 7007-1.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY COURT

cc: Johnna M. Darby, Esquire [3]

---

[3] Counsel is directed to serve a copy of this Order on interested parties and certify same to this Court.

2