# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., et al.,[1]<br><br>　　　　　　Debtors.<br><br>Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Mark Dunaway,<br><br>　　　　　　Defendant. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered)<br><br><br><br><br><br><br>Adv. Pro. No. 17-50651 (KJC) |

## STIPULATION REGARDING MEDIATION DUE DATE

Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust (the "Liquidation Trustee"), successor to Citadel Watford City Disposal Partners, L.P., et al., debtors in the above-captioned bankruptcy cases and adversary proceeding, and defendant Mark Dunaway (the "Defendant") (the Liquidation Trustee and Defendant collectively referred to as the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on June 19, 2017, a complaint (the "Complaint") was filed against Defendant in the above-referenced adversary proceeding (the "Adversary Proceeding") [D.I. 1];

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520).  The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.
59133103.v2-10/17/18

WHEREAS, on October 16, 2017, the Defendant filed an answer to the Complaint [D.I. 4] (the "Answer");

WHEREAS, on December 1, 2017, the Liquidation Trustee moved the Court for an order seeking leave to amend the Complaint (the "Motion to Amend") [D.I. 7, 8, 9];

WHEREAS, on December 15, 2017, Defendant objected to the Liquidation Trustee's Motion to Amend (the "Objection") [D.I. 9, 10];

WHEREAS, on December 21, 2017, the Liquidation Trustee replied to Defendant's Objection [D.I. 11];

WHEREAS, on February 2, 2018, the Court entered an order granting the Liquidation Trustee leave to amend the Complaint [D.I. 14];

WHEREAS, on February 6, 2018, the Liquidation Trustee filed its amended complaint (the "Amended Complaint");

WHEREAS, on February 20, 2018, Defendant answered the Amended Complaint (the "Answer to Amended Complaint");

WHEREAS, the current mediation due date for the Adversary Proceeding is October 19, 2018 (the "Mediation Due Date"); and

WHEREAS, counsel to the Parties have met and conferred regarding the extension of the Mediation Due Date.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between the undersigned counsel for the Parties as follows:

59133103.v2-10/17/18

1. The Mediation Due Date shall be extended through and including February 18, 2019.

2. This stipulation is without prejudice to an application for, or stipulation to, further extensions of the Mediation Due Date.


Dated: October 17, 2018

**FOX ROTHSCHILD LLP**

/s/ Johnna M. Darby
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
919 N. Market Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 654-7444
E-mail: thoran@foxrothschild.com
E-mail: jdarby@foxrothschild.com

*Counsel to Gavin/Solmonese LLC,
Liquidation Trustee*

Date: October 17, 2018

**COOCH & TAYLOR P.A.**

/s/ R. Grant Dick
Robert W. Pedigo (DE Bar No. 4047)
R. Grant Dick, IV (DE Bar No. 5123)
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19899-1630
Telephone: (302) 984-3800
E-mail: rpedigo@coochtaylor.com
         gdick@coochtaylor.com

*Counsel to Defendant Mark Dunaway*